IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

SARAH WHITE, et al.,

                     Plaintiff,                Case No. 3:04 CV 7689

    -vs-

                                                             JUDGMENT   ENTRY

J. KENNETH BLACKWELL,
Secretary of State, et al.,

                    Defendant.

KATZ, J.

For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that this Court has jurisdiction under Article III of the Constitution to hear this matter and decide the same.

FURTHER ORDERED that Defendants have demonstrated a substantial and continuing threat to the exercise of Plaintiffs' rights under Federal law, HAVA.  Defendants are enjoined from violating HAVA and from advising Boards of Elections and prospective voters in the State of Ohio that having applied for an absentee ballot, the voter has no right to vote in person at his or her polling place through a provisional ballot. Plaintiffs are requested to submit a form of permanent injunction to the Court within fourteen (14) days hereof.

FURTHER ORDERED that Plaintiffs are awarded reasonable attorneys' fees, expenses and costs as against the Secretary of State in connection with this action pursuant to 42 U.S.C. §§ 1983 and 1988.  Plaintiffs shall submit a detailed statement thereof to the Court within thirty (30) days of the date of this order ; Defendants shall have fourteen (14) days within which to file objections and Plaintiffs seven (7) days for reply.

                                                                S/ *David A. Katz*
                                                                 DAVID A. KATZ
                                                                 SENIOR U. S. DISTRICT JUDGE